UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | EP:26-M-3975MAT |
| | § | |
| CAMILLE ANNELIESE WILKINSON | § | |

**DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING AND ORDER**

CAMILLE ANNELIESE WILKINSON, through her attorney, files this Defendant's Motion to Continue Detention Hearing and requests that this Court continue the Detention Hearing scheduled for September 02, 2026, at 10:30am.

I.

Defense counsel has been discussing with client rehabilitation opportunities and further will require additional time to explore possible inpatient rehabilitation facilities.

II.

This motion is not made for the purpose of delay but rather so that the end of justice may be achieved.

WHEREFORE, PREMISES CONSIDERED, the Defendant requests that this Honorable Court continue the Detention Hearing presently set in this cause.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/S/
ALEX A. MELENDEZ
Assistant Federal Public Defender
Western District of Texas
Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for CAMILLE ANNELIESE WILKINSON*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 1ST DAY OF September 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney, Second Floor, Federal Building, 700 E. San Antonio, El Paso, Texas 79901.

/s/
ALEX A. MELENDEZ
*Attorney for CAMILLE ANNELIESE WILKINSON*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | EP:26-M-3975MAT |
| | § | |
| CAMILLE ANNELIESE WILKINSON | § | |

**ORDER**

ON THIS DAY came to be considered the Defendant's Motion to Continue Detention Hearing filed in the above styled and numbered cause. The Court having considered the same is of the opinion that the motion should be

( ) GRANTED

( ) DENIED

It is therefore ORDERED that the Detention Hearing currently scheduled for 09/02/2026 be continued until ____________________________________________________________.

SIGNED this ______day of _________2026.

________________________________________
HONORABLE MIGUEL TORRES
UNITED STATES MAGISTRATE JUDGE